**Paciencia Palima GAMAY, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–72954.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 11, 2007.

Carmen Diamore–Siah, Law Office of Carmen Diamore–Siah, Honolulu, HI, for Petitioner.

Office of the District Counsel, Department of Homeland Security, Honolulu, HI, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David E. Dauenheimer, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Paciencia Palima Gamay, a native and citizen of the Philippines, petitions for review of the Board of Immigration Appeals' summary affirmance without opinion of an immigration judge's denial of her request for a waiver of removal under 8 U.S.C. § 1227(a)(1)(H). We lack jurisdiction over this petition for review, pursuant to 8 U.S.C. § 1252(a)(2)(B)(ii), because the IJ denied relief as a matter of discretion and petitioner does not assert a colorable constitutional or legal claim. *See San Pedro v. Ashcroft,* 395 F.3d 1156, 1157 (9th Cir. 2005); *cf.* 8 U.S.C. § 1252(a)(2)(D).

**PETITION FOR REVIEW DISMISSED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

